**[J-12-2014] [MO: Castille, C.J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

NORENE M. MILLER, EXECUTRIX OF
THE ESTATE OF DAVID MILLER,
DECEASED AND I26 HOTEL
CORPORATION,

              Appellants

        v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY,

              Appellee

: No. 58 MAP 2013
:
: Appeal from the Order of the
: Commonwealth Court dated March 7, 2013
: at No. 1876 C.D. 2011 affirming the Order
: of the Court of Common Pleas of
: Montgomery County, Civil Division, dated
: April 20, 2011 at Docket No. 2003-10787.
:
: ARGUED:   March 12, 2014
:
:
:
:
:
:

## DISSENTING OPINION

**MR. JUSTICE EAKIN**                     **DECIDED:   October 30, 2014**

     I would affirm based on the rationale of the Commonwealth Court's majority opinion.  See Miller v. Southeastern Pennsylvania Transportation Authority, 65 A.3d 1006, 1007-18 (Pa. Cmwlth. 2013) (en banc).